IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01620-ZLW

JANOS TOEVS,

    Plaintiff,

v.

LARRY REID,
SGT. MORRIS,
LT. TROXEL,
CASE MANAGER KRISTY MOORE, and
EXECUTIVE DIRECTOR JOE ORTIZ,

    Defendants.

---

### ORDER REINSTATING CASE

---

This civil action is reinstated pursuant to the mandate that the United States Court of Appeals for the Tenth Circuit (Tenth Circuit) issued on March 26, 2008. The Tenth Circuit reversed the dismissal, and remanded the case to this Court for further proceedings. Accordingly, it is

ORDERED that this civil action is reinstated pursuant to the mandate of the United States Court of Appeals for the Tenth Circuit issued on March 26, 2008.

DATED at Denver, Colorado, this 8 day of April, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR - 9 2008

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-01620-BNB

Janos Toevs
Prisoner No. 63992
Centennial Corr. Facility
PO Box 600
Cañon City, CO 81215- 0600

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 4/9/08

GREGORY C. LANGHAM, CLERK

By: _____
                Deputy Clerk