IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01620-EWN-KMT

JANOS TOEVS,

    Plaintiff,
v.

LARRY REID,
SGT. MORRIS,
LT. TROXEL,
CASE MANAGER KRISTY MOORE, and
EXECUTIVE DIRECTOR JOE ORTIZ,

    Defendants.



FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 21 2008

GREGORY C. LANGHAM
CLERK

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after

service of process on the defendants.

Dated: April 21, 2008.

BY THE COURT:

s/ Edward W. Nottingham
CHIEF UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-01620-EWN-KMT

Janos Toevs
Prisoner No. 63992
Centennial Corr. Facility
PO Box 600
Cañon City, CO 81215- 0600

Larry Reid, Sgt. Morris,
Lt. Troxel, and Kristy Moore, - **WAIVER \***
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

US Marshal Service
Service Clerk
Service forms for: Joe Ortiz

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Cathie Holst for service of process Larry Reid, Sgt. Morris, Lt. Troxel, and Kristy Moore; to the Untied States Marshal Service for service of process on Joe Ortiz: and to John Suthers: AMENDED COMPLAINT FILED 11/16/06, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 4/21/08 .

GREGORY C. LANGHAM, CLERK

By:_____
          Deputy Clerk