IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 06-cv-01620-CBS-KMT

JANOS TOEVS,
    Plaintiff,
v.

LARRY REID,
SGT. MORRIS,
LT. TROXEL,
CASE MANAGER KRISTY MOORE, and
EXECUTIVE DIRECTOR JOE ORTIZ,
    Defendants.
_____

ORDER AND ORDER OF REFERENCE
_____

This civil action comes before the court on several matters:

I.    Consent to Proceed by Magistrate Judge

On May 9, 2008, the above-captioned case was referred to Magistrate Judge Craig B. Shaffer to handle all dispositive matters including trial and entry of a final judgment in accordance with 28 U.S.C. 636(c), Fed. R. Civ. P. 73, and D.C. COLO. LCivR 72.2.  (*See* doc. # 62).  All previously scheduled matters will now be handled by Magistrate Judge Shaffer at the Alfred A. Arraj United States Courthouse, Courtroom A-402, 4th Floor, 901 Nineteenth St., Denver, Colorado 80294.  Magistrate Judge Shaffer's chambers telephone number is (303) 844-2117.  All future filings in this case shall be filed in the United States District Court for the District of Colorado under the caption **Civil Action No. 06-cv-01620-CBS-KMT**.

1

II.     Order of Reference

The Order of Reference dated April 21, 2008 (doc. # 54) is hereby VACATED. This matter is now referred to United States Magistrate Judge Kathleen M. Tafoya *for settlement purposes only*, to convene such settlement conferences and direct related proceedings as may facilitate settlement of this case.

III.    Further Proceedings

A Status Conference is hereby set on Thursday, June 19, 2008 at 9:15 a.m. Mr. Toevs shall participate in the Status Conference via telephone. Mr. Toevs and/or his case manager shall telephone the court at (303) 844-2117 at the scheduled time on June 19, 2008.

DATED at Denver, Colorado, this 19th day of May, 2008.

BY THE COURT:


　　　s/Craig B. Shaffer
United States Magistrate Judge