# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.: 06-cv-01620-CBS-KMT** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:  July 1, 2008** | **Courtroom Deputy:** Ben Van Dyke |

JANOS TOEVS,                                                 *Pro se*, via telephone

   **Plaintiff,**

   v.

LARRY REID, *et al.,*                                        Kathleen L. Spalding

   **Defendants.**

---

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   STATUS CONFERENCE**
**Court in Session:      11:12 a.m.**
Court calls case.  Appearances of defense counsel and *pro se* plaintiff.

The parties discuss the status of the case with the court.

**ORDERED:   The Unopposed State Defendants' Motion to Stay Discovery and Disclosures
and to Vacate Status Conference Pending Determination of Motion to
Dismiss or for Summary Judgment Based on Absolute and Qualified
Immunity [filed June 25, 2008; doc. 75] is denied for the reason stated on the
record.**

**ORDERED:   The oral motion to withdraw without prejudice the State Defendants' Motion
to Dismiss, or, in the Alternative , for Summary Judgment [filed June 23,
2008; doc. 74] is granted.  The motion (doc. 74) is hereby withdrawn without
prejudice.  Counsel shall file a new motion to dismiss by July 31, 2008.**

HEARING CONCLUDED.

**Court in recess:      11:39 a.m.**
Total time in court:    00:27