IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 06-cv-01620-CBS-KMT

JANOS TOEVS,
    Plaintiff,
v.

LARRY REID,
SGT. MORRIS,
LT. TROXEL,
CASE MANAGER KRISTY MOORE, and
EXECUTIVE DIRECTOR JOE ORTIZ,
    Defendants.
_____

ORDER
_____

This civil action comes before the court on Defendants' "Motion to Stay Discovery and Disclosures Pending Determination of Motion to Dismiss or for Summary Judgment Based on Qualified Immunity" (filed July 31, 2008) (doc. # 82). In his Response (filed August 12, 2008) (doc. # 87), Mr. Toevs "withdraws his opposition to Defendants' 'Motion to Stay Discovery and Disclosures.' Having had a chance to read Defendants' Motion to Dismiss or for Summary Judgment I can respond to it without discovery." Mr. Toevs filed his Response to Defendants' Motion to Dismiss or for Summary Judgment on August 12, 2008. (*See* doc. # 88). The court having reviewed Defendants' Motion, Mr. Toevs' Response, and the entire case file, and being sufficiently advised in the premises,

IT IS ORDERED that Defendants' "Motion to Stay Discovery and Disclosures Pending Determination of Motion to Dismiss or for Summary Judgment Based on

1

Qualified Immunity" (filed July 31, 2008) (doc. # 82) is GRANTED and that disclosures and discovery are stayed pending a ruling by Magistrate Judge Shaffer on Defendants' Motion to Dismiss or for Summary Judgment (doc. # 81).

DATED at Denver, Colorado, this 14th day of August, 2008.

BY THE COURT:

   s/Craig B. Shaffer
United States Magistrate Judge