IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 06-cv-01620-CBS-KMT

JANOS TOEVS,
    Plaintiff,
v.

LARRY REID, et al.,
    Defendants.
_____

ORDER
_____

This civil action comes before the court on Mr. Toevs' "Response to Reply in Support" of Defendants' Motion to Dismiss or for Summary Judgment (filed September 15, 2008) (doc. # 91). The court is not required to accept any further briefing on the pending motion. *See* D.C. COLO. LCivR 7.1C. The court having reviewed Defendants' Motion, Mr. Toevs' Response, Defendants' Reply, Mr. Toevs' Response to Reply, and the entire case file and being sufficiently advised in the premises,

IT IS ORDERED that briefing on the pending "State Defendants' Motion to Dismiss or for Summary Judgment" (doc. # 81) is CLOSED. No further briefs will be accepted and may be stricken by the court. The Motion has been fully briefed and the court will issue a Recommendation in due course.

DATED at Denver, Colorado, this 16th day of September, 2008.

                                    BY THE COURT:


                                    ___s/Craig B. Shaffer_____
                                    United States Magistrate Judge