IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06–cv–01620–CBS–KMT

JANOS TOEVS,

    Plaintiff,

v.

LARRY REID;
SGT. MORRIS;
LT. TROXEL;
CASE MANAGER KRISTY MOORE; and
EXECUTIVE DIRECTOR JOE ORTIZ,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Plaintiff has up to and including **May 18, 2009** to file a response to Defendants' Motion for Summary Judgment (*doc. # 98*).  Please refer to D.C.COLOL.CIVR. 7.1 C for the deadline relating to the filing of the reply brief.

    IT IS FURTHER ORDERED that State Defendants' Motion to Vacate Preliminary Scheduling Conference (*doc. # 100)* is DENIED.

**DATED:**    April 20, 2009