## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action No.:  **06-cv-01620-CBS-KMT** | **FTR** - Reporter Deck - Courtroom A402 |
| Date:   **September 9, 2009** | **Courtroom Deputy:**  Linda Kahoe |

JANOS TOEVS,                                              *Pro se*  (via phone)

      Plaintiff,

      v.

LARRY REID, *et al.,*                                         Andrew Mutabaazi Katarikawe

      Defendants.

---

## COURTROOM MINUTES/MINUTE ORDER

---

**HEARING:   MOTION HEARING**
**Court in session:       10:47 a.m.**
Court calls case.  Appearance of counsel.  Plaintiff appears pro se via phone.

Discussion and arguments regarding pending motions.

Plaintiff makes an oral motion to withdraw documents #108 and #109.

Plaintiff makes an oral motion to file a new motion for leave to amend complaint.

For the reasons as stated on the record, it is:

**ORDERED**:   Plaintiff's oral motion to withdraw documents #108 and #109 is **GRANTED**.
Plaintiff's Motion to Amend and Supplement (doc #[108], filed 6/5/2009) is
**WITHDRAWN WITHOUT PREJUDICE.**  Plaintiff's Motion for Leave to
Amend and Supplement (doc #[109], filed 6/5/2009) is **WITHDRAWN
WITHOUT PREJUDICE.**

**ORDERED**:   Plaintiff's oral motion to file a new motion for leave to amend complaint is
**GRANTED**.  Plaintiff shall file his new motion for leave to amend on or before
**SEPTEMBER 30, 2009.**  Plaintiff shall attach a new proposed Amended
Complaint to the new motion for leave to amend.  Defendants may respond to the
motion to amend, or contest the amended complaint and make other motions as
appropriate.

**ORDERED**:   State Defendants' Motion for Summary Judgment (doc #[98], filed 4/17/2009) is **DENIED WITHOUT PREJUDICE**.

**ORDERED**:   State Defendants' Motion for Summary Judgment (doc #[112], filed 6/15/2009) is **DENIED WITHOUT PREJUDICE**.

HEARING CONCLUDED.

**Court in recess**:      **11:14 a.m.**
Total time in court:    00:27

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.